ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Kawasaki Rail Car, Inc. | ) ASBCA No. 63884-ADR |
| | ) |
| Under Contract No. RC7000 | ) |

APPEARANCES FOR THE APPELLANT:    Kenneth D. Friedman, Esq.
Nancy K. Feinrider, Esq.
Ron Grodzinski, Esq.
  Manatt, Phelps & Phillips, LLP
  New York, NY

APPEARANCES FOR THE AUTHORITY:    Jeffrey Weinstein, Esq.
  Chief Counsel
Washington Metropolitan Area
  Transit Authority
Washington, DC

Attison L. Barnes, III, Esq.
Jon W. Burd, Esq.
Teresita A. Regelbrugge, Esq.
  Wiley Rein LLP
  Washington, DC

ORDER OF DISMISSAL

The parties have settled the dispute and moved to dismiss.  We grant the motion and the appeal is dismissed with prejudice.

Dated:  February 10, 2026

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63884-ADR, Appeal of Kawasaki Rail Car, Inc., rendered in conformance with the Board's Charter.

Dated:  February 11, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals